STATE of Missouri, Plaintiff–
Respondent,

v.

Robert MOUNTJOY, Defendant–
Appellant.

Robert MOUNTJOY, Movant,

v.

STATE of Missouri, Respondent.

Nos. 62630, 64502.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 21, 1994.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SIMON, P.J., and PUDLOWSKI and SMITH, JJ.

### ORDER

PER CURIAM.

Defendant appeals from a conviction of arson in the first degree in violation of § 569.040 RSMo (1986). The trial court, after finding him to be a prior, persistent and class X offender, sentenced him to thirty years imprisonment. This appeal is consolidated with an appeal from the denial of his Rule 29.15 motion for post-conviction relief. The judgment of conviction is affirmed. Rule 30.25(b).

The denial of post-conviction relief is affirmed. Rule 84.16(b).

Ronald ALDRIDGE, Employee/Appellant,

v.

DOBBS TIRE CENTERS and Miller's Mutual Insurance Association of Illinois, Employer/Insurer/Respondents.

No. 65155.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 21, 1994.

Frank J. Niesen, Jr., St. Louis, for appellant.

James A. Thoenen, St. Louis, for respondents.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

In this workers' compensation case, the Labor and Industrial Relations Commission denied compensation to employee for a ventral hernia. The Commission concluded that employee (1) did not give timely notice to employer of his injuries, and (2) failed to prove a medical-causal relationship between an on-the-job incident and the later injury. Employee contests both conclusions.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).